644

No. —. Ex parte Clarence M. Brummett. October 18, 1937. The application herein is denied.

No. —. Ex parte Sophy Callahan. October 18, 1937. The application herein is denied.

No. 144. Heiner v. A. W. Mellon. October 18, 1937. Paul Mellon, David K. E. Bruce, and Donald D. Shepard, Executors of the Estate of A. W. Mellon, substituted as parties respondent in place of A. W. Mellon, deceased, on motion of *Mr. William Wallace Booth* for the respondents.

No. 434. South Bend v. DeHaven, Treasurer, et al. Appeal from the Supreme Court of Indiana. Decided October 25, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Citizens' Savings Bank* v. *Owensboro,* 173 U. S. 636, 643; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; *Collins* v. *Streitz,* 298 U. S. 640. (2) *Pawhuska* v. *Pawhuska Oil & Gas Co.,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182; *City of Holton* v. *Kansas State Bank,* 300 U. S. 641. *Messrs. Hawley Burke, Edwin W. Hunter,* and *Harry S. Taylor* for appellant. *Mr. Urban C. Stover* for appellees.

No. 475. Mississippi Power & Light Co. et al. v. Lowe et al. Appeal from the Supreme Court of Mississippi. Decided October 25, 1937. *Per Curiam:* The